21113. FINDLEY v. THE STATE.

BROYLES, C. J. 1. Under repeated rulings of the Supreme Court and of this court, the overruling of a demurrer to an indictment can not be excepted to in a motion for a new trial. There must be a direct exception in the bill of exceptions. This ruling disposes of the amendment to the motion for a new trial.

2. The jury were authorized to find from all the facts and circumstances of the case that the accused, at the time he obtained the money from the

prosecutor, had formed the intent to cheat and swindle the prosecutor, and that such intent was carried out. The verdict was amply authorized by the evidence, and the refusal to grant a new trial was not error. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 31, 1931.

*W. H. Lasseler,* for plaintiff in error.
*T. Hoyt Davis, solicitor-general,* contra.